| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| SAMAD SEFIANE, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:19-CV-61 |
| § | |
| § | |
| MICHAEL MORGAN, *et al.*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Samad Sefiane, a former pre-trial detainee confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the defendants District Attorney Michael Morgan and Attorney James Makin.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing this civil rights action pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

Plaintiff claims he is under imminent danger of serious physical injury as he has been denied his widow benefits since January of 2017. He alleges he has not been able to work due to a medical hold and he has no family to put money in his inmate trust account. Plaintiff states further he is

under imminent threat of danger and physical injury "of a violent malicious arrest and malicious prosecution with no source of income or even income in the facility is serious physical injury and imminent danger for the interest of justice."

A review of plaintiff's original complaint and objections reveals that plaintiff is not under imminent danger of serious physical injury.

## ORDER

Accordingly, the objections of the plaintiff are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. The court will enter a Final Judgment in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 22nd day of August, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE